IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00005-CR

 

Kimberly Smith Dennis,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 



From the County Court at Law No.
2

Johnson County, Texas

Trial Court # M200200470

 



MEMORANDUM  Opinion










 

      Appellant appeals her conviction for
misdemeanor driving while intoxicated.  See Tex. Penal Code Ann. § 49.04(a)-(b) (Vernon 2003).  We
affirm.

      In her sole issue, Appellant contends that
the trial court erred in permitting her motion for new trial to be overruled by
operation of law.  Appellant argues that the jury committed misconduct.  See
Tex. R. App. P. 21.3(g).  At the
hearing on the motion, the State objected to testimony of jurors under Rule
606.  See Tex. R. Evid.
606(b).  The trial court sustained the objections.  On appeal, Appellant points
only to testimony that her counsel elicited as offers of proof.  See id. 103(b). 
Appellant does not contend that the trial court erred in sustaining the State’s
objections to the testimony.  The trial court did not abuse its discretion.  See
Salazar v. State, 38 S.W.3d 141, 148 (Tex. Crim. App. 2001).  We
overrule Appellant’s issue.  

      We affirm the judgment.

TOM GRAY

Chief
Justice

Before Chief Justice Gray,

      Justice Vance, and

      Justice
Reyna

      (Justice
Vance concurring with note)*

Affirmed

Memorandum
opinion delivered and filed June 1, 2005

Do
not publish

[CR25]

  *  “(Justice Vance concurs.  I believe that we
owe it to the litigants, the higher courts, the Bench and Bar, and the public
generally to provide more of the facts and our analysis in memorandum opinions,
particularly when we short-circuit appellant’s argument by saying he has not
complained about a ruling on evidence that appellant’s brief specifically says
was offered again without a further objection by the State.)”